AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with Snapchat accounts aulichoo and zuza2988 (as they were assigned in October 2019) stored at premises controlled by Snap Inc. | Case No. 22-ml-897 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the        Central        District of        California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference

**YOU ARE COMMANDED** to execute this warrant on or before        August 25, 2022        *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Robert B. Collings, United States Magistrate Judge    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for     days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of                    .

Date and time issued:    [signature]    /s/ Robert B. Collings    2022.08.11 19:48:42 -04'00'
                                    *Judge's signature*

City and state:        Washington, D.C.                Robert B. Collings, United States Magistrate Judge
                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>22-ml-897 | Date and time warrant executed:<br>August 15, 2022 00:00 PM | Copy of warrant and inventory left with:<br>Snap Inc. |
| Inventory made in the presence of:<br>Supervisory Special Agent Paul Maric | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>The FBI executed a search warrant on Snap Inc. via law enforcement portal on August 15, 2022.  In response, on September 28, 2022  Snap Inc. provided production returns containing information associated with aulichoo and zuza2988 that is stored at the premises owned, maintained, controlled, or operated by Snap Inc.. | | |

*Certification*

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  December 20, 2022

*Todd C. Bina* (signature)

*Executing officer's signature*

SSA Todd C. Bina
*Printed name and title*